UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>KENNETH D. MCGEE,<br><br>                 Defendant. | Case No. CR10-380-TSZ<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on April 24, 2013. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Darwin Roberts, and defendant was represented by Dennis Carroll. Also present was U.S. Probation Officer Michael S. Larsen. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on September 10, 1998, by the Honorable Marsha J. Pechman for Conspiracy in Relation to Cocaine Distribution and Possession of Cocaine with Intent to Distribute. He received 188 months custody and 5 years supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated March 21, 2013, U.S. Probation Officer Michael S. Larsen alleged that

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

defendant violated the following conditions of supervised release:

1. Using Marijuana, on or before June 4, 1012, in violation of standard condition number 7.

2. Using cocaine, on or before January 30, 2013, and March 4, 2013, in violation of standard condition number 7.

**FINDINGS FOLLOWING EVIDENTIARY HEARING**

Defendant admitted the above violations and waived any hearing as to whether they occurred. The parties were directed to contact District Judge Thomas S. Zilly for a disposition date.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 24th day of April, 2013.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge